

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00572-CV

**IN THE INTEREST OF J.G.C., JR., C.A.C., H.C., Z.C., AND J.A.C., CHILDREN,**

From the County Court, Jim Wells County, Texas
Trial Court No. 16-03-55745-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The Appellee's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to December 17, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court